dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-020-CV

IN THE INTEREST OF Z.M.A.R. 

AND A.Z.A.R., CHILDERN

----------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Motion Of Nadia Reid To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Appellant shall pay all costs of this appeal, for  which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM 

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED: April 20, 2006

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.